H. Jayne Ahn, Esq.
California State Bar No. 234002
Law Office of H. Jayne Ahn
2005 De La Cruz Blvd. Ste. 265
Santa Clara, CA 95050
Telephone: (408) 982-0998
Facsimile: (408) 982-0997
Email: bankruptcy.law@mail.com

Attorney for Debtors

UNITED STATES BANKRTUPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re:<br>Tae Joon Um and Chong Min Yi,<br>Debtors. | Chapter 7<br><br>Bankruptcy No. 09-49239<br><br>Adversary Case No. 09-04599<br><br>MOTION TO DISMISS ADVERSARY PROCEEDING<br>*FED. R.CIVIL P. 9 (b);FED. R.BANKR.P.7009*<br>*FED. R. CIVIL P. 12(b)(6)* |

Joint debtor and defendant in this action, Chong Min Yi (the "Debtor"), pursuant to *Fed. R. Civil P. 9(b)* and *Fed. R. Civil P. 12(b)(6)*, by and through her counsel of record, respectfully submits this Motion to Dismiss Adversary Proceeding filed by Wells Fargo Bank, N.A.(the "Plaintiff") on December 31, 2009 for failure to plead the necessary elements with specificity to establish fraud under *11 U.S.C.S. § 523*. A memorandum of points and authorities in support hereof is concurrently filed with this Court as a separate document pursuant to *Bankruptcy Local Rule 9013-1.*

Motion to Dismiss Adversary Case Filed by Wells Fargo Bank, NA - 1 -
AP Case No. 09-04599

## PRAYER FOR RELIEF

WHEREFORE, the Debtor prays that this Court grant the following relief:

1. Dismiss the Plaintiff's Adversary Proceeding brought under 11 U.S.C. § 523 with prejudice;

2. An order awarding the Debtor its attorneys' fees and costs incurred herein; and

3. An order awarding the Debtor such additional relief as this Court deems just and equitable.

DATED: January 20, 2010          /s/ H. Jayne Ahn

                                                                    Attorney for Debtor